**Billy PETTYPOOL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 79193.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 26, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 13, 2002.

Lisa M. Stroup, Asst. Public Defender,
St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Asst. Attorney
General, Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J. and
PAUL J. SIMON and MARY K. HOFF,
JJ.

**ORDER**

PER CURIAM.

Appellant, Billy Pettypool, ("movant"),
appeals the judgment of the Circuit Court
of Jefferson County denying his motion for
post-conviction relief pursuant to Rule
24.035 without an evidentiary hearing.
Movant seeks to vacate his conviction of
statutory rape in the first degree, section
566.032, RSMo 2000, for which he was
sentenced to twenty-two years in the custody of the Missouri Department of Corrections. We affirm.

We have reviewed the briefs of the parties and the record on appeal and conclude
the motion court's determination is not
clearly erroneous. As an extended opinion
would serve no jurisprudential purpose, we
affirm the judgment pursuant to Rule
84.16(b). We have, however, provided a
memorandum opinion for the use of the
parties only setting forth the reasons for
our decision.